UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

05 10530 JLT

| | |
|---|---|
| MOUNTAIN PEAKS FINANCIAL SERVICES, INC., ) ) ) ) Plaintiff ) Judgment Creditor, ) ) v. ) ) PHILIP B. McADAM, ) ) Defendant ) Judgment Debtor. ) ) | |

MOUNTAIN PEAKS FINANCIAL SERVICES, INC.'S REQUEST FOR ORAL ARGUMENT UNDER LOCAL RULE 7.1(D) ON MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION UNDER FED. R. CIV. P. 65

Mountain Peaks Financial Services, Inc. ("Mountain") files the within request for oral argument under Local Rule 7.1(D) on its Motion for Temporary Restraining Order and/or Preliminary Injunction under Fed. R.Civ. P. 65 seeking to restrain and enjoin Philip B. McAdam, his agents, servants, attorneys or any co-owners of 6 Shelly Drive, Pelham, New Hampshire from hypothecating, encumbering, transferring, selling or mortgaging 6 Shelly Drive, Pelham, New Hampshire.

                Mountain Peaks Financial Services, Inc.,
                Plaintiff Judgment Creditor,
                By its attorney,

                _____
                Richard W. Gannett, Esquire
                BBO #184430
                Gannett & Associates
                165 Friend Street, Suite 200
                Boston, MA 02114-2025
                (617) 367-0606

Dated: March 22, 2005