# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

MOUNTAIN PEAKS FINANCIAL SERVICES, INC.

V.

PHILIP B. MCADAM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10530 JLT**

TO: (Name and address of Defendant)

Philip B. McAdam
6 Shelly Drive
Pelham, New Hampshire 03076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. Gannett
Gannett & Associates
165 Friend Street Suite 200
Boston, MA 02114-2025

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 21 2005

CLERK

(By) DEPUTY CLERK

HILLSBOROUGH COUNTY SHERIFF'S OFFICE

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE                                        03/30/2005
HILLSBOROUGH, SS

    I, SERGEANT RICHARD YOUNG, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 03/30/2005, I MADE SERVICE OF THE SUMMONS AND COMPLAINT WITH MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY UPON THE WITHIN NAMED DEFENDANT BY GIVING IN HAND TO PHILIP MCADAM BEING AT 5 SHELLY DR., PELHAM, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 07:50 AM.

_____
SERGEANT RICHARD YOUNG


STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

    SUBSCRIBED AND SWORN TO, BEFORE ME, ON 03/31/2005.

_____
NOTARY PUBLIC

My Commission Expires 1-15-08