GANNETT & ASSOCIATES
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121

FILED
CLERKS OFFICE

2005 APR -6  P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

April 5, 2005

Ms. Zita Lovett
Case Manager for
United States District Judge Joseph L. Tauro
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

      RE:   Mountain Peaks Financial Services, Inc. v. Philp B. McAdam
             United States District Court for the District of Massachusetts
             <u>Civil Action No. 2005- 10530-JLT</u>

Dear Ms. Lovett:

      On April 2, 2005 we forwarded to your attention the original return of service of the summons and complaint and motion for temporary restraining order and/or preliminary injunction upon Philip B. McAdam.

      Pursuant to your request I left a voicemail message with you to schedule a hearing on the motion. Please contact me at your earliest convenience so that such a hearing can be scheduled.

                                                          Very truly yours,

                                                          Richard W. Gannett