# United States District Court
# For the District of Massachusetts

CIVIL ACTION NO.: 2005-10530-JLT

| | |
|---|---|
| MOUNTAIN PEAKS FINANCIAL SERVICES, INC., <br> PLAINTIFF <br> JUDGMENT CREDITOR, <br><br> v. <br><br> PHILIP B. McADAM, <br> DEFENDANT <br> JUDGMENT DEBTOR. | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly note the Appearance of George J. Basbanes, with the law firm of BASBANES & CHENELLE, as counsel for the Defendant in the above-captioned case. This appearance is filed subject to the Defendant filing a motion to dismiss for lack of jurisdiction.

Dated: April 11, 2005

PHILIP B. McADAM,
By his Attorney,

_____
George J. Basbanes, Esquire
BASBANES & CHENELLE
648 Central Street
Lowell, MA 01852
(978) 459-3333
BBO #032840

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was this day served upon the Plaintiff by mailing same, first class postage prepaid, to the Attorney for the Plaintiff, Richard W. Gannett, Esquire of GANNETT & ASSOCIATES, 165 Friend Street, Suite 200, Boston, Massachusetts 02114-2025.

Signed under the pains and penalty of perjury.

Dated: April 11, 2005

_____
George J. Basbanes, Esquire