UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOUNTAIN PEAKS FINANCIAL
SERVICES, INC.,          *
                         *
        Plaintiff,       *
                         *
                         *
v.                       *   Civil Action No. 05-10530-JLT
                         *
                         *
PHILIP B. McADAM,        *
                         *
        Defendant.       *

ORDER

April 22, 2005

TAURO, J.

    After the Hearing held on April 20, 2005, this court hereby orders that:

1.    <u>Mountain Peaks Financial Services, Inc.'s Motion for Temporary Restraining Order and/or Preliminary Injunction Under Fed. R. Civ. P. 65</u> [#2] is DENIED;

2.    Plaintiff may respond to Defendant's <u>Motion to Dismiss Complaint for Failure of Venue</u> [#8] by May 4, 2005; and

3.    Defendant may file a reply by May 11, 2005.

IT IS SO ORDERED.

                                        <u>/s/ Joseph L. Tauro</u>
                                        United States District Judge