UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Mountain Peaks Financial Svcs, Inc.**<br>**Plaintiff**<br><br>V.<br><br>**Philip B. McAdam**<br>**Defendant** | CIVIL ACTION<br><br>NO. 05-cv-10530 JLT |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Mountain Peaks Financial Services, Inc.**, for an order of Default for failure of the Defendant, **Philip B. McAdam**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **18th** day of **July, 2005**.

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT

                                                      By:  /s/ Kimberly M. Abaid
                                                              Deputy Clerk

Notice mailed to:
All Counsel of Record

(Default Notice.wpd - 3/7/2005)