# BASBANES & CHENELLE

ATTORNEYS AT LAW

648 Central Street
Lowell, Massachusetts 01852
PH (978) 459-3333   FAX (978) 453-1827
BasbanesChenelle.com

George J. Basbanes
GJB@BandClaw.net

Kevin A. Chenelle
KAC@BandClaw.net

November 25, 2005

Ms. Zita Lovett, Case Manager for
U.S. District Judge Joseph L. Tauro
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:   MOUNTAIN PEAKS FINANCIAL SERVICES, INC. v. PHILIP B. MCADAM
      CIVIL ACTION NO.: 2005-10530-JLT

Dear Ms. Lovett:

Please regard this letter as a Status Report in the above-captioned matter. I have examined the documentation of the Lawrence District Court and have concluded, along with my client, that there is no defense to the claim. I have submitted to Attorney Gannett an Agreement for Judgment calling for judgment and immediate issuance of the execution pursuant to Rule 69 of Federal Rules of Civil Procedure referencing State Law M.G.L. Chapter 235, §14(b). I expect Attorney Gannett will be filing the Agreement for Judgment very shortly.

Should there be any questions, please contact me promptly.

Thank you,

George J. Basbanes

GJB:scp

cc:   Client
      Richard W. Gannett, Esq.

*Practicing in New Hampshire and Massachusetts*