UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOUNTAIN PEAKS FINANCIAL SERVICES, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-10530-JLT |
| PHILIP B. McADAM, | * * | |
| Defendant. | * | |

ORDER

January 4, 2006

TAURO, J.

This court hereby orders that:

1. Each party shall file a proposed form of judgment by January 30, 2006;

2. Defendant's Motion to Set Aside Default [#16] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge