# United States District Court
# for the District of Massachusetts

CIVIL ACTION NO.: 2005-10530-JLT

MOUNTAIN PEAKS FINANCIAL )
SERVICES, INC., )
   PLAINTIFF )
   JUDGMENT CREDITOR, )
)
v. )
)
PHILIP B. McADAM, )
   DEFENDANT )
   JUDGMENT DEBTOR. )

## AGREEMENT FOR JUDGMENT

*Now comes* Mount Peaks Financial Services, Inc. and Philip B. McAdam and agree that the Court may issue the following judgment:

### Judgment for the Plaintiff.

Plaintiff shall submit original execution of certificate of the Clerk of the Lawrence District Court pursuant to Rule 69 of the Federal Rules of Civil Procedure and Massachusetts General Laws Chapter 235, §14(b) and execution to issue forthwith.

Mountain Peaks Financial Services, Inc.,     Philip B. McAdam.
Plaintiff Judgment Creditor,     Defendant, Judgment Debtor,
By its Attorney,     By his Attorney,

_____     _____
Richard W. Gannett, Esquire     George J. Basbanes, Esquire
GANNETT & ASSOCIATES     BASBANES & CHENELLE
165 Friend Street, Suite 200     648 Central Street
Boston, MA 02114-2025     Lowell, MA 01852
(617) 367-0606     (978) 459-3333
BBO #184430     BBO #032840

Dated: _____     Dated: 11/25/05