UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOUNTAIN PEAKS
FINANCIAL SERVICES, INC.,
    Plaintiff,
)
v.      ) CIVIL ACTION NO.05-10530-JLT
)
)
PHILIP B. McADAM,    )
    Defendant

## DEFAULT JUDGMENT

Defendant, Philip McAdam, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $261,219.56; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the amount of $307.00, interest in the amount of $155,099.87 and attorney's fees in the amount of $18,775.00 it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Philip McAdam, the sum of $435,401.43.

                                  Zita Lovett,

                                  _____
                                  Deputy Clerk

Dated 3/23/2006