**United States District Court**
**For the District of Massachusetts**

CIVIL ACTION NO.: 2005-10530-JLT

MOUNTAIN PEAKS FINANCIAL )
SERVICES, INC., )
   PLAINTIFF )
   JUDGMENT CREDITOR, )
                             )    NOTICE OF CHANGE
v.                            )    OF ADDRESS
                              )
PHILIP B. McADAM, )
   DEFENDANT )
   JUDGMENT DEBTOR. )

Please take notice that as of August 1, 2007, the new address for the Defendant's counsel is as follows:

George J. Basbanes, Esquire
**BASBANES & CHENELLE**
491 Main Street, Unit G
Groton, Massachusetts 01450
(978) 449-0001

Dated: August 15, 2007                                          Respectfully submitted,

                                                                */s/ George J. Basbanes*

                                                            George J. Basbanes, Esquire
                                                           **BASBANES & CHENELLE**
                                                           491 Main Street, Unit G
                                                          Groton, MA 01450
                                                          (978) 449-0001 / BBO #032840

**CERTIFICATE OF SERVICE**

I, George J. Basbanes, Esquire, hereby certify that I have given notice of the filing of the within Notice of Change of Address by mailing a copy thereof, first class mail, postage prepaid to the Attorney for the Plaintiff, Richard W. Gannett, Esquire of GANNETT & ASSOCIATES, 165 Friend Street, Suite 200, Boston, Massachusetts 02114-2025.

Signed under the pains and penalty of perjury.

                                                                */s/ George J. Basbanes*

Dated: August 15, 2007                                            George J. Basbanes, Esquire